UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| LINDA F. ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:14-CV-6-TAV-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on October 23, 2014 [Doc. 19]. In the R&R, Magistrate Judge Guyton recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 14] be granted, that defendant's Motion for Summary Judgment [Doc. 16] be denied, and that this matter be remanded to the Commissioner of Social Security for further proceedings. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Judgment on the Pleadings [Doc. 14] is **GRANTED**, defendant's Motion for Summary Judgment [Doc. 16] is **DENIED**, and the case is hereby **REMANDED** to the Commissioner for further proceedings consistent

with the R&R. Specifically, the Administrative Law Judge is **DIRECTED** to reconsider whether plaintiff is capable of performing past relevant work in accordance with her assessed residual functional capacity and, if necessary, continue to step five of the disability analysis.

      IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
     CLERK OF COURT