UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINDA FAYE ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:14-CV-6-TAV-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on March 5, 2015 [Doc. 23]. In the R&R, Magistrate Judge Guyton recommends that the Court grant plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA") [Doc. 21], and award plaintiff $4,265.70 for attorneys' fees that she incurred in litigating this case. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. Plaintiff's Motion for Attorney Fees [Doc. 21] is **GRANTED**. It is **ORDERED** that attorneys' fees in the

amount of **$4,265.70** be payable to plaintiff under the Equal Access to Justice Act. 28 U.S.C. § 2412.

    IT IS SO ORDERED.

                                    s/ Thomas A. Varlan
                                    CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:14-cv-00006-TAV-HBG   Document 24   Filed 03/31/15   Page 2 of 2   PageID #: 527